**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nathan Janney                                      CHAPTER 13
       Kimberly Janney
               Debtor(s)                        BKY. NO. 17-24851 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PINGORA LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas (Atty ID: 317240)

Brian Nicholas
25 Jan 2021, 16:14:02, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com