**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/21/2022

IN RE:

NATHAN JANNEY
KIMBERLY JANNEY
140 SANDY DRIVE
CLINTON, PA  15026
XXX-XX-0446          Debtor(s)

XXX-XX-5340

Case No.17-24851 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

　　　NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

　　　This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

　　　This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

　　　The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/21/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Info |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PHH MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,677.62<br>COMMENT: NTC ONLY~DUQ LITE/PRAE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1430 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, TN  47731-3251 | Trustee Claim Number: 3    INT %: 4.25%<br>Court Claim Number: 4<br>CLAIM: 2,354.81<br>COMMENT: 3197@4.25%@59.24MO/PL*PIF/CR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4141 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB TRU**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*1254/PL*DK4LMT*LATE CL*BGN 12/17*FR PHH MORTGAGE-DOC 40,44*F | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2526 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9453 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 503.19<br>COMMENT: 7528~NO$~NTC ONLY/SCH*CITIFINANCIAL*STALE*LTR DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0316 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LN BRYANT~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8994 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LN BRYANT~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2193 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 297.82<br>COMMENT: NO$*COMENITY/HOT TOPIC~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0512 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 615.58<br>COMMENT: NO$~NTC ONLY/SCH*CHG OFF 4/26/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6325 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 509.09<br>COMMENT: CAP 1/SCH\*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4203 |
| **LANE BRYANT**<br>POB 182121<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8994 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6325 |
| **MABT GENESIS RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR 97076 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1424 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3030 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HVHS SWCKLY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7835 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,959.75<br>COMMENT: FR ONE MAIN\*DOC 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6348 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~GAP~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5913 |
| **THINK CASH FDB++**<br>BRANDYWINE COMMONS<br>1000 ROCKY RUN PARK<br>WILMINGTON, DE 19803 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6899 |

| CLAIM RECORDS | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB TRU** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O CARRINGTON MORTGAGE SERVICES LLC | Court Claim Number:6 | ACCOUNT NO.:  2526 |
| PO BOX 3730 | | |
| | CLAIM:  15,004.97 | |
| ANAHEIM, CA  92806 | COMMENT:  CL6GOVS*10k/PL*THRU 11/17*LATE CL*FR PHH MORTGAGE-DOC 40,44*FR PINGOR | |
| | | |
| **COLUMBIA GAS OF PA INC(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number:5 | ACCOUNT NO.:  0446 |
| | CLAIM:  71.08 | |
| COLUMBUS, OH  48216-0117 | COMMENT:  NT/SCH | |
| | | |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number:7 | ACCOUNT NO.:  2092 |
| | CLAIM:  335.83 | |
| CAROL STREAM, IL  60197-5008 | COMMENT:  NT/SCH | |
| | | |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.:  0001 |
| | CLAIM:  594.19 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PINGORA LN/PRAE | |