Certificate Number: 05781-PAW-DE-037064164

Bankruptcy Case Number: 17-24851



05781-PAW-DE-037064164

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 26, 2022</u>, at <u>11:28</u> o'clock <u>PM PST</u>, <u>Nathan Janney</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 26, 2022</u>          By:     <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title:   <u>President</u>