Certificate Number: 05781-PAW-DE-037064165

Bankruptcy Case Number: 17-24851



05781-PAW-DE-037064165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2022, at 11:28 o'clock PM PST, Kimberly Janney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 26, 2022             By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President