Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nathan Janney**
**Kimberly Janney**
Debtor(s)

Bankruptcy Case No.: 17−24851−JAD

Chapter: 13
Docket No.: 74 − 73

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of January, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/20/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/29/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/20/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24851-JAD |
| Nathan Janney | Chapter 13 |
| Kimberly Janney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan Janney, Kimberly Janney, 140 Sandy Drive, Clinton, PA 15026-1326 |
| 14769713 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 15193290 | + | FLAGSTAR BANK F.S.B., AS SERVICING ET.AL, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14749890 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14738453 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:09 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:08 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14738439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14738438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:05 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14754527 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:30:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15563265 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 14749878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 14738440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14738441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749881 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:17:05 | Credit One Bank, Po Box 98875, Las Vegas, NV |

Case 17-24851-JAD    Doc 75    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | 89193-8875 |
| 14738442 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:55 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14776424 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14778775 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 28 2023 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978660 | ^ | MEBN | Jan 28 2023 00:07:57 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14738443 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2023 00:15:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14780269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738444 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14738445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:09 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14753317 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14738446 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 28 2023 00:16:00 | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14738447 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14738448 | + | Email/Text: Bankruptcies@nragroup.com | Jan 28 2023 00:16:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14763867 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:16:49 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14738449 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:12 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14738450 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:01 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 14871191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14738451 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 28 2023 00:15:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14738452 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:15 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14779640 | | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2023 00:17:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15385612 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 33

Case 17-24851-JAD    Doc 75    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK F.S.B., AS SERVICING AGENT FOR PINGO |
| cr | | Flagstar Bank, FSB |
| cr | | PHH Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14749877 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14749876 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14749879 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14749880 | *+ | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749882 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14749883 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14749884 | *+ | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14749885 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14749886 | *+ | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14749887 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14749888 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14749889 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14749891 | *+ | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14749892 | *+ | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14749893 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PINGORA LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Joint Debtor Kimberly Janney ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Nathan Janney ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

District/off: 0315-2 | User: auto | Page 4 of 4
--- | --- | ---
Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 38

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK F.S.B.  AS SERVICING AGENT FOR PINGORA LOAN SERVICING, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PINGORA LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |

TOTAL: 11