**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NATHAN JANNEY<br>KIMBERLY JANNEY<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>  vs.<br>No Respondents. | Case No.:17-24851 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

January 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/01/2017 and confirmed on 2/9/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,972.00 |
| Less Refunds to Debtor | 873.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,098.45 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,201.00 | |
|   Trustee Fee | 4,596.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,797.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 72,374.47 | 0.00 | 72,374.47 |
|     Acct: 2526 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 15,004.97 | 15,004.97 | 0.00 | 15,004.97 |
|     Acct: 2526 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 2,354.81 | 2,354.81 | 196.58 | 2,551.39 |
|     Acct: 4141 | | | | |
| | | | | 89,930.83 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATHAN JANNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATHAN JANNEY | 873.55 | 873.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,201.00 | 3,201.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 3,677.62 | 948.90 | 0.00 | 948.90 |
|     Acct: 1430 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9453 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0316 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8994 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2193 | | | | |
|   MIDLAND FUNDING LLC | 297.82 | 76.84 | 0.00 | 76.84 |
|     Acct: 0512 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 615.58 | 158.83 | 0.00 | 158.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6325 | | | | |
| CAPITAL ONE NA** | 509.09 | 131.36 | 0.00 | 131.36 |
| Acct: 4203 | | | | |
| LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8994 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6325 | | | | |
| MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1424 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3030 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7835 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 6,959.75 | 1,795.75 | 0.00 | 1,795.75 |
| Acct: 6348 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5913 | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6899 | | | | |
| COLUMBIA GAS OF PA INC(*) | 71.08 | 18.34 | 0.00 | 18.34 |
| Acct: 0446 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 335.83 | 86.65 | 0.00 | 86.65 |
| Acct: 2092 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 594.19 | 153.31 | 0.00 | 153.31 |
| Acct: 0001 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,369.98 |

TOTAL PAID TO CREDITORS                                                93,300.81

TOTAL CLAIMED
PRIORITY            0.00
SECURED        17,359.78
UNSECURED      13,060.96

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    NATHAN JANNEY
    KIMBERLY JANNEY
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:17-24851 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24851-JAD |
| Nathan Janney | Chapter 13 |
| Kimberly Janney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan Janney, Kimberly Janney, 140 Sandy Drive, Clinton, PA 15026-1326 |
| 14769713 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 15193290 | + | FLAGSTAR BANK F.S.B., AS SERVICING ET.AL, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14749890 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14738453 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:58 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14738439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14738438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:05 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14754527 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:29:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15563265 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 14749878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 14738440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14738441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749881 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:54 | Credit One Bank, Po Box 98875, Las Vegas, NV |

Case 17-24851-JAD   Doc 76   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8875 |
| 14738442 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:55 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14776424 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14778775 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 28 2023 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978660 | ^ | MEBN | Jan 28 2023 00:07:59 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14738443 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2023 00:15:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14780269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:21 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:09 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738444 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14738445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14753317 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14738446 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 28 2023 00:16:00 | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14738447 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2023 00:16:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14738448 | + | Email/Text: Bankruptcies@nragroup.com | Jan 28 2023 00:16:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14763867 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:01 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14738449 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:12 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14738450 | + | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:01 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 14871191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:16:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14738451 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 28 2023 00:15:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14738452 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:16 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14779640 | | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2023 00:17:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15385612 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |

TOTAL: 33

Case 17-24851-JAD    Doc 76    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK F.S.B., AS SERVICING AGENT FOR PINGO |
| cr | | Flagstar Bank, FSB |
| cr | | PHH Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14749877 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14749876 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14749879 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14749880 | *+ | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749882 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14749883 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14749884 | *+ | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14749885 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14749886 | *+ | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14749887 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14749888 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14749889 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14749891 | *+ | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14749892 | *+ | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14749893 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor PINGORA LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
   on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
   on behalf of Joint Debtor Kimberly Janney ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
   on behalf of Debtor Nathan Janney ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK F.S.B.  AS SERVICING AGENT FOR PINGORA LOAN SERVICING, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PINGORA LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |

TOTAL: 11