**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nathan Janney | Social Security number or ITIN  xxx–xx–0446 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly Janney | Social Security number or ITIN  xxx–xx–5340 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–24851–JAD | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nathan Janney                                  Kimberly Janney

3/21/23                                              **By the court:** Jeffery A. Deller
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-24851-JAD
Nathan Janney     Chapter 13
Kimberly Janney
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Mar 21, 2023     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan Janney, Kimberly Janney, 140 Sandy Drive, Clinton, PA 15026-1326 |
| 14769713 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 15193290 | + | FLAGSTAR BANK F.S.B., AS SERVICING ET.AL, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14749890 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14738453 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:03 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Mar 22 2023 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14738439 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14738438 | + | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |

Case 17-24851-JAD    Doc 80    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Record # | Method | Date/Time | Recipient |
|---|---|---|---|
| 14754527 | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15563265 | + Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 14749878 | + EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 14738440 | + EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14738441 | + EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749881 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:09:42 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14738442 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:10:14 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14776424 | EDI: DIRECTV.COM | Mar 22 2023 04:05:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14778775 | + Email/Text: kburkley@bernsteinlaw.com | Mar 22 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978660 | ^ MEBN | Mar 22 2023 00:07:52 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14738443 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2023 00:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14780269 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:03 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780482 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:22:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738444 | + EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14738445 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:03 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14753317 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14738446 | + EDI: PHINGENESIS | Mar 22 2023 04:05:00 | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14738447 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 00:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14738448 | + Email/Text: Bankruptcies@nragroup.com | Mar 22 2023 00:11:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14763867 | EDI: AGFINANCE.COM | Mar 22 2023 04:05:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14738449 | + EDI: AGFINANCE.COM | Mar 22 2023 04:05:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14738450 | + EDI: AGFINANCE.COM | Mar 22 2023 04:05:00 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 14871191 | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14738451 | + EDI: LCIPHHMRGT | Mar 22 2023 04:05:00 | Phh Mortgage Services, 1 Mortgage Way, Mount |

Case 17-24851-JAD    Doc 80    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Laurel, NJ 08054-4624 |
| 14738452 | + | EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14779640 | | EDI: AIS.COM | Mar 22 2023 04:05:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15385612 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK F.S.B., AS SERVICING AGENT FOR PINGO |
| cr | | Flagstar Bank, FSB |
| cr | | PHH Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14749877 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14749876 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14749879 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14749880 | *+ | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749882 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14749883 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14749884 | *+ | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14749885 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14749886 | *+ | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14749887 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14749888 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14749889 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14749891 | *+ | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14749892 | *+ | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14749893 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 40

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PINGORA LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Joint Debtor Kimberly Janney ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Nathan Janney ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK F.S.B.  AS SERVICING AGENT FOR PINGORA LOAN SERVICING, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PINGORA LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |

TOTAL: 12