IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/21/23 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
NATHAN JANNEY
KIMBERLY JANNEY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-24851 JAD

Chapter 13

Related to ECF No. 73

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 21st day of March, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER, jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24851-JAD
Nathan Janney  Chapter 13
Kimberly Janney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Mar 21, 2023      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathan Janney, Kimberly Janney, 140 Sandy Drive, Clinton, PA 15026-1326 |
| 14769713 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 15193290 | + | FLAGSTAR BANK F.S.B., AS SERVICING ET.AL, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14749890 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14738453 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:22:30 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:10:14 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14738439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:10:14 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14738438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:10:00 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14754527 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15563265 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 14749878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 14738440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14738441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749881 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:09:43 | Credit One Bank, Po Box 98875, Las Vegas, NV |

Case 17-24851-JAD    Doc 81    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8875 |
| 14738442 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:10:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14776424 | | Email/Text: G06041@att.com | Mar 22 2023 00:11:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14778775 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 22 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14978660 | ^ | MEBN | Mar 22 2023 00:07:52 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 14738443 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2023 00:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14780269 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:14 | LVNV Funding, LLC its successors and assigns as, assignee of NCO Portfolio Management, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780482 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738444 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14738445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:22:30 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14753317 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14738446 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 22 2023 00:11:00 | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14738447 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 00:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14738448 | + | Email/Text: Bankruptcies@nragroup.com | Mar 22 2023 00:11:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14763867 | | Email/PDF: cbp@onemainfinancial.com | Mar 22 2023 00:10:12 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14738449 | + | Email/PDF: cbp@onemainfinancial.com | Mar 22 2023 00:09:59 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14738450 | + | Email/PDF: cbp@onemainfinancial.com | Mar 22 2023 00:09:57 | Onemain Financial, Po Box 499, Hanover, MD 21076-0499 |
| 14871191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:10:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14738451 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 22 2023 00:11:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14738452 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:38 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14779640 | | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2023 00:09:43 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15385612 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 00:10:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 33

Case 17-24851-JAD   Doc 81   Filed 03/23/23   Entered 03/24/23 00:25:15   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK F.S.B., AS SERVICING AGENT FOR PINGO |
| cr | | Flagstar Bank, FSB |
| cr | | PHH Mortgage Corporation |
| cr | | PINGORA LOAN SERVICING, LLC |
| 14749877 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14749876 | *+ | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14749879 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14749880 | *+ | Comenitybk/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 14749882 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14749883 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14749884 | *+ | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14749885 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14749886 | *+ | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14749887 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14749888 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14749889 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14749891 | *+ | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14749892 | *+ | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14749893 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PINGORA LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Joint Debtor Kimberly Janney ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

| | |
|---|---|
| Lawrence W. Willis | on behalf of Debtor Nathan Janney ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK F.S.B. AS SERVICING AGENT FOR PINGORA LOAN SERVICING, LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PINGORA LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |

TOTAL: 12